Kelly H. Dove, Esq.
Nevada Bar No. 10569
Tanya N. Lewis, Esq.
Nevada Bar No. 8855
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email: kdove@swlaw.com
       tlewis@swlaw.com

*Attorneys for Defendant
Wells Fargo Bank, N.A.
(incorrectly named as
Wells Fargo/Dillards)*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| THOMAS A. O'CONNELL; <br><br> Plaintiff, <br><br> vs. <br><br> AMERICAN EXPRESS COMPANY; BANK OF AMERICA; JP MORGAN CHASE BANK, NA; FRANKLIN CAPITAL CORPORATION; SHELL/CBNA; SYNCB/CHEVRON; WELLS FARGO/DILLARDS; AND EQUIFAX INFORMATION SERVICES, LLC <br><br> Defendants. | Case No. 2:18-cv-00743-RFB-CWH <br><br> **STIPULATION AND ORDER TO EXTEND DEFENDANT WELLS FARGO BANK, N.A.'S TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** <br><br> **(FIRST REQUEST)** |

It is hereby stipulated by and between Plaintiff Thomas A. O'Connell ("Plaintiff"), through his attorneys, Haines & Krieger, LLC, and Defendant Wells Fargo Bank, N.A., incorrectly named as Wells Fargo/Dillards ("Wells Fargo"), through its attorneys, the law firm of Snell & Wilmer L.L.P., as follows:

Wells Fargo's response to Plaintiff's Complaint is currently due May 22, 2018. In the interest of conserving client and judicial resources, Plaintiffs and Wells Fargo stipulate and agree

that Wells Fargo shall have an extension until **June 8, 2018**, in which to file its responsive pleading. This is the parties' first request for an extension of time to respond to the Complaint and is not intended to cause any delay or prejudice to any party, but is intended so that Wells Fargo can conduct a diligent search and obtain records necessary to prepare its response.

DATED this 8th day of May, 2018.

| HAINES & KRIEGER, LLC | SNELL & WILMER L.L.P. |
|---|---|
| By: /s/ Rachel B. Saturn<br>David H. Krieger, Esq. (NV Bar No. 9086)<br>Rachel B. Saturn, Esq. (NV Bar No. 8653)<br>8985 S. Eastern Avenue, Suite 350<br>Las Vegas, NV 89123<br>*(signed with permission)*<br><br>*Attorneys for Plaintiff Thomas A. O'Connell* | By: /s/ Tanya N. Lewis<br>Kelly H. Dove (NV Bar No. 10569)<br>Tanya N. Lewis (NV Bar No. 8855)<br>3883 Howard Hughes Parkway, Suite 1100<br>Las Vegas, NV 89169<br>Telephone: (702) 784-5200<br>Facsimile: (702) 784-5252<br>*Attorneys for Defendant*<br>*Wells Fargo Bank, N.A.*<br>*(incorrectly named as*<br>*Wells Fargo/Dillards)* |

## ORDER

**IT IS ORDERED THAT Wells Fargo Bank, N.A.'s time to respond to Plaintiff's Complaint shall be extended to on or before June 8, 2018.**

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED May  10  , 2018.

Respectfully submitted by:

SNELL & WILMER L.L.P.

*/s/ Tanya N. Lewis*
Tanya N. Lewis, Esq.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
*Attorneys for Defendant*
*Wells Fargo Bank, N.A.*
*(incorrectly named as*
*Wells Fargo/Dillards)*

**CERTIFICATE OF SERVICE**

I hereby certify that on this date, I electronically filed the foregoing with the Clerk of Court for the U.S. District Court, District of Nevada by using the Court's CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

DATED: May 8, 2018

                                              */s/ Nissa Riley*
                                              An Employee of SNELL & WILMER L.L.P.

4851-8733-8085