1  Joel E. Tasca
   Nevada Bar No. 14124
2  Lindsay C. Demaree
   Nevada Bar No. 11949
3  BALLARD SPAHR LLP
   1980 Festival Plaza Drive, Suite 900
4  Las Vegas, Nevada 89135
   Telephone: (702) 471-7000
5  Facsimile: (702) 471-7070
   E-mail: tasca@ballardspahr.com
6  E-mail: demareel@ballardspahr.com

7  *Attorneys for Defendant Chase Bank
   USA, N.A. (incorrectly named as
8  JPMorgan Chase Bank, N.A.)*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| THOMAS A. O'CONNELL,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN EXPRESS COMPANY; BANK OF AMERICA; JPMORGAN CHASE BANK, N.A.; FRANKLIN CAPITAL CORPORATION; SHELL/CBNA; SYNCB/CHEVRON; WELLS FARGO/DILLARDS; and EQUIFAX INFORMATION SERVICES, LLC,<br><br>Defendants. | CASE NO. 2:18-cv-00743-RFB-CWH<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR CHASE BANK USA, N.A. (incorrectly named as JPMorgan Chase Bank, N.A.) TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(First Request)** |

Chase Bank USA, N.A.'s (incorrectly named as "JPMorgan Chase Bank, N.A.") ("Chase") response to Plaintiff Thomas O'Connell's ("Plaintiff") complaint is currently due May 21, 2018. Chase and Plaintiff agree that Chase has up to and including June 11, 2018 to respond to Plaintiff's complaint, to provide time for the parties to investigate Plaintiff's allegations and discuss potential resolution and, if needed, for Chase to prepare a response.

/ / /

/ / /

This is the first request for an extension, and it is made in good faith and not for purposes of delay.

DATED this 21st day of May, 2018.

| BALLARD SPAHR LLP | HAINES & KRIEGER |
|---|---|
| By: /s/ Lindsay C. Demaree<br>Booker T. Evans, Jr.<br>Nevada Bar No. 1209<br>Joel E. Tasca<br>Nevada Bar No. 14124<br>Lindsay C. Demaree<br>Nevada Bar No. 11949<br>1980 Festival Plaza Drive, Suite 900<br>Las Vegas, Nevada 89135<br><br>*Defendant Chase Bank USA, N.A. (incorrectly named as JPMorgan Chase Bank, N.A.)* | By: /s/ Rachel Saturn<br>David H. Krieger<br>Nevada Bar No. 9086<br>Rachel Saturn<br>Nevada Bar No. 8653<br>8985 S. Eastern Avenue, Suite 350<br>Henderson, Nevada 89123<br>(702) 880-5554<br><br>*Attorneys for Plaintiff* |

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: May 22, 2018

2

DMWEST #17703735 v1