**Reid Rubinstein & Bogatz**
I. SCOTT BOGATZ, ESQ.
Nevada Bar No. 3367
JAIMIE STILZ, ESQ.
Nevada Bar No. 13772
300 South Fourth Street, Suite 830
Las Vegas, Nevada 89101
Telephone: (702) 776-7000
Facsimile: (702) 776-7900
sbogatz@rrblf.com
jstilz@rrblf.com
*Attorneys for Defendant American Express*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| THOMAS A. O'CONNELL,<br><br>Plaintiff,<br><br>vs.<br><br>AMERICAN EXPRESS COMPANY; BANK OF AMERICA; JPMORGAN CHASE BANK, NA; FRANKLIN CAPITAL CORPORATION; SHELL/CBNA; SYNCB/CHEVRON; WELLS FARGO/DILLARDS; and EQUIFAX INFORMATION SERVICES, LLC,<br><br>Defendants. | Case No.:   2:18-cv-00743-RFB-CWH<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR AMERICAN EXPRESS TO FILE RESPONSE TO PLAINTIFF'S COMPLAINT [DOC. #1]** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff THOMAS A. O'CONNELL ("Plaintiff" or "Mr. O'Connell"), through his attorneys, the law firm of Haines & Krieger, LLC, and Defendant AMERICAN EXPRESS (incorrectly named in this matter as "American Express Company" and referred to herein as "American Express"), through its attorneys, the law firm of Reid Rubinstein & Bogatz, that American Express shall have up to and including June 22, 2018 to file an Answer or otherwise respond to Plaintiff's Complaint [Doc. No. 1], which was filed in this matter on April 24, 2018.  This extension of time is necessary to allow American Express time to engage in investigation and settlement negotiations.  This is American

. . .

. . .

. . .

. . .

Express' first request for an extension, and it is made in good faith and not for the purposes of delay.

Dated this 22nd day of May, 2018.                    Dated this 22nd day of May, 2018.

REID RUBINSTEIN & BOGATZ                             HAINES & KRIEGER, LLC


By: */s/ Jaimie Stilz, Esq.*                         By: */s/ David H. Krieger, Esq.*
    I. Scott Bogatz, Esq.                              David H. Krieger, Esq.
    Nevada Bar No. 3367                                Nevada Bar No. 9086
    Jaimie Stilz, Esq.                                 8985 S. Eastern Ave., Suite 350
    Nevada Bar No. 13772                               Henderson, NV 89123
    300 South Fourth Street, Suite 830                 *Attorneys for Plaintiff*
    Las Vegas, Nevada 89101
    *Attorneys for Defendant*
    *American Express*


**ORDER**

    IT IS SO ORDERED.

    DATED May 23, 2018


_____
~~UNITED STATES DISTRICT JUDGE~~
UNITED STATES MAGISTRATE JUDGE