Charles L. Kennon, III
Nevada Bar No.: 7772
Aaron M. Waite
Nevada Bar No.: 7947
WEINSTEIN & RILEY P.S.
6785 S. Eastern Avenue, Suite 4
Las Vegas, NV 89119
Telephone: 702-507-6405
Email: CharlesK@w-legal.com

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| THOMAS A. O'CONNELL,<br><br>     Plaintiff,<br><br>v.<br><br>AMERICAN EXPRESS COMPANY; BANK OF AMERICA; JPMORGAN CHASE BANK, NA; FRANKLIN CAPITAL CORPORATION; SHELL/CBNA; SYNCB/CHEVRON; WELLS FARGO/DILLARDS; and EQUIFAX INFORMATION SERVICES, LLC,<br><br>     Defendants | Case No. 2:18-cv-00743-RFB-CWH<br><br>**JOINT STIPULATION EXTENDING TIME FOR DEFENDANT SYNCHRONY BANK TO FILE AND SERVE A RESPONSE TO PLAINTIFF'S COMPLAINT; [PROPOSED] ORDER**<br><br>Assigned to: Judge Richard Franklin Boulware II<br>Referred to: Magistrate Judge Carl W. Hoffman<br><br>Compl. Filed:    April 24, 2018 |

## JOINT STIPULATION

Plaintiff Thomas A. O'Connell ("Plaintiff") and Defendant Synchrony Bank ("Synchrony") (together, the "Stipulating Parties") hereby stipulate and agree, by and through their attorneys of record, as set forth below:

WHEREAS, Plaintiff filed a Complaint on April 24, 2018;

WHEREAS, Synchrony received the Complaint on May 8, 2018;

WHEREBY, Synchrony requested and Plaintiff agreed to extend Synchrony's time to file and serve a response to Plaintiff's Complaint to June 26, 2018;

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

1  For the foregoing reasons, the Parties request this Court grant their Joint Stipulation

2  extending Synchrony's time to file and serve a response to Plaintiff's Complaint to June 26, 2018.

3

4  **IT IS SO STIPULATED.**

5

6  DATED:  May 25, 2018                    HAINES & KRIEGER, LLC

7                                          By:  */s/ Rachel B. Saturn*  _____

8                                               Rachel B. Saturn

9                                          Attorney for Plaintiff

10

11  DATED:  May 25, 2018                    WEINSTEIN & RILEY, P.S.

12                                          By:  */s/ Aaron M. Waite*  _____

13                                               Aaron M. Waite

14                                          Attorney for Defendant Synchrony
                                            Bank

15                      **[PROPOSED] ORDER**

16  **IT IS SO ORDERED**.

17

18          May 29, 2018
    DATED: _____        _____

19                                    ~~United States District Judge~~
                                      United States Magistrate Judge

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER