Michael Kind, Esq.
Nevada Bar No. 13903
**KAZEROUNI LAW GROUP**, APC
6069 South Fort Apache Road, Suite 100
Las Vegas, NV 89148
Phone: (800) 400-6808 x7
mkind@kazlg.com

David H. Krieger, Esq.
Nevada Bar No. 9086
**HAINES & KRIEGER**, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
dkrieger@hainesandkrieger.com
*Attorneys for Plaintiff Thomas A. O'Connell*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Thomas A. O'Connell, | Case No.: 2:18-cv-00743-RFB-CWH |
| Plaintiff, | **Stipulation for an extension of time for Plaintiff to Respond to Defendant's Motion to Dismiss [ECF No. 27]** |
| v. | |
| American Express Company, Bank of America, JPMorgan Chase Bank, NA, Franklin Capital Corporation, Shell/CBNA, | **(Second Request)** |

Plaintiff Thomas A. O'Connell ("Plaintiff") and Bank of America ("Defendant"), by and through their respective counsel, hereby submit this stipulation for an extension of time—until **August 1, 2018**—for Plaintiff to respond to Defendant's Motion to Dismiss Plaintiff's Complaint, filed on June 20, 2018, ECF No. 27. Plaintiff's Response is currently due on July 18, 2018.

KAZEROUNI LAW GROUP, APC
6069 South Fort Apache Road, Suite 100
Las Vegas, Nevada 89148

In good faith and not for the purposes of delay, Plaintiff requested the extension to allow additional time for the parties to discuss resolution, since settlement discussions are still ongoing. Plaintiff is also considering requesting leave to amend the Complaint instead of opposing Defendant's motion. The Parties in good faith stipulate to allow additional time for Plaintiff to respond to the Motion. This is the second request for an extension of this deadline.

The Parties therefore stipulate that Plaintiff's response to Defendant's motion to dismiss, ECF. No. 27, shall be due on or before **August 1, 2018**.

DATED this 13th day of July 2018.

**KAZEROUNI LAW GROUP, APC**

By: /s/ Michael Kind
Michael Kind, Esq.
6069 South Fort Apache Road, Suite 100
Las Vegas, Nevada 89148
*Attorneys for Plaintiff*

**Akerman LLP**

By: /s/ Rex Garner
Rex Garner, Esq.
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
*Attorneys for Defendant*

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
United States District Court

DATED: July 16, 2018.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY pursuant to Rule 5 of the Federal Rules of Civil Procedure that on July 13, 2018, the foregoing Stipulation was served via CM/ECF to all parties appearing in this case.

**KAZEROUNI LAW GROUP, APC**

By: /s/ Michael Kind
Michael Kind
6069 South Fort Apache Road, Suite 100
Las Vegas, Nevada 89148